March 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00304-CV                    V.

THIRTEEN THOUSAND EIGHT HUNDRED FORTY-FIVE AND NO/100
($13,845.00) IN U.S. CURRENCY, Appellee

_____

This cause, an appeal from the judgment in favor of Sophia Vanity Vincent was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, State of Texas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.